UNITED STATES BANKRUPTCY COURT<br>
FOR THE WESTERN DISTRICT OF MICHIGAN

In Re:

| | |
|---|---|
| TODD M. LACOSSE, | Case No.: GL 05-06950 |
| Debtor(s), | Chapter 7 |
| STEPHEN L. LANGELAND, TRUSTEE, | Hon. James D. Gregg |
| Plaintiff, | Adv. Pro. No: 12-80425 |
| v. | |
| TODD M. LACOSSE, | |
| Defendant. | |

_____/ /

**CERTIFICATION OF JUDGMENT FOR**<br>
**REGISTRATION IN ANOTHER DISTRICT**

  I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on April 1, 2013 as it appears in the records of this court, and that:

☐ No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable be Federal Rule of Bankruptcy Procedure 9024, has been filed.

☐ No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.

☐ An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____.

☐ An appeal was taken from this judgment, and the appeal was dismissed by order entered on _____.

 

_____  _____
                       Clerk of the Bankruptcy Court

_____  _____
      Date                      Deputy Clerk

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In Re: | Case No. GL 05-06950 |
| **TODD M. LACOSSE,** | Chapter 7; Filed: 5/13/05 |
|     Debtor. | Hon. James D. Gregg |
| _____/ | |
| **STEPHEN LANGELAND, TRUSTEE,** | |
|     Plaintiff, | Adv. Proc. No. 12-80425 |
| v. | |
| **TODD M. LACOSSE,** | |
|     Defendant. | |
| _____/ | |

## DEFAULT JUDGMENT

Plaintiff having filed his Complaint; the default of Defendant Todd M. LaCosse having been entered for his failure to answer or otherwise respond to the Complaint; all facts in the Complaint properly plead being hereby deemed admitted; the Court having reviewed the Complaint and Plaintiff's Motion for Entry of Default Judgment and being otherwise duly advised in the premises;

**IT IS HEREBY ORDERED THAT:**

1. A Default Judgment in favor of the Plaintiff and against Defendant Todd M. LaCosse is hereby **GRANTED**.

2. Plaintiff is awarded a judgment in the total amount of $32,000.00 against Defendant Todd M. LaCosse plus costs. This judgment shall earn post-judgment interest at the federal interest rate of 0.15% per annum.

3. A copy of this Default Judgment shall be served by first-class United States mail on Debtor's counsel, Defendant Todd M. LaCosse, the Trustee, and the Office of the U.S. Trustee.

**END OF ORDER**

Signed: April 1, 2013

Hon. James D. Gregg
United States Bankruptcy Judge